UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.                                          CRIMINAL ACTION NO. 5:25-cr-00073-1

JUSTIN SCOTT KEYES

ORDER

On September 16, 2025, all counsel and the Defendant appeared for a guilty plea hearing to Count One of the Indictment. Count One charges the Defendant with conspiracy to distribute fentanyl, in violation of 21 U.S.C. § 846. [ECF 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on September 16, 2025. [ECF 75]. Objections in this case were due on September 30, 2025. [*Id.*]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**ECF 75**] and **DEFERS** acceptance of the plea agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to send a copy of this Order to Magistrate Judge Aboulhosn, to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTER: October 14, 2025

Frank W. Volk
Chief United States District Judge